**Mark BURSE, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**ED 102413**

Missouri Court of Appeals,
Eastern District,
**DIVISION TWO.**

Filed: November 24, 2015

Mark A. Grothoff, 1000 West Nifong, Bldg. 7, Suite 100, Columbia, MO 65203, for Appellant.

Chris Koster, Mary H. Moore, P.O. Box 899, Jefferson City, MO 65102, for Respondent.

Before: Philip M. Hess, P.J., Gary M. Gaertner, Jr., J., and Angela T. Quigless, J.

### ORDER

PER CURIAM.

Mark Burse appeals from the motion court's judgment denying his motion for post-conviction relief under Mo. R.Crim. P. 29.15 after an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal, and we conclude the motion court did not clearly err in denying Movant's motion. An extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The decision is affirmed. Mo. R. Civ. P. 84.16(b) (2015).